1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

9

BILAL AHDOM,

CASE NO. 1:10-cv-00816-OWW-GBC (PC)

10

Plaintiff,

11

v.

ORDER FINDING THAT PLAINTIFF IS
ENTITLED TO PROCEED IN FORMA
PAUPERIS ON APPEAL FILED APRIL 7, 2011

12

ENENMOH, et al.,

(Docs. 21, 23, 24)

13

Defendants.

14

ORDER DIRECTING CLERK'S OFFICE TO
SERVE COPY OF ORDER ON NINTH
CIRCUIT

15

_____ /

16

17

    Bilal Ahdom ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this

18

civil rights action filed pursuant to 42 U.S.C. § 1983, 42 U.S.C. § 12132, Title II of the Americans

19

with Disabilities Act (ADA) and § 504 of the Rehabilitation Act (RA).  On March 28, 2011, the

20

District Court adopted the Magistrate Judge's Findings and Recommendation to deny Plaintiff's

21

motions for injunctive relief and denied supplemental motion for injunctive relief.  (Doc. 20).  On

22

April 7, 2011, Plaintiff filed a notice of appeal and on April 14, 2011, the Ninth Circuit remanded

23

for the limited purpose of determining whether in forma pauperis status should continue for this

24

appeal or whether the appeal is frivolous or taken in bad faith.  (Doc. 24).

    Pursuant to the Federal Rules of Appellate Procedure,

25

26

    A party who was permitted to proceed in forma pauperis in the district-court action
    . . . may proceed on appeal in forma pauperis without further authorization, unless:

27

    (A) the district court - before or after the notice of appeal is filed - certifies that the
    appeal is not taken in good faith or finds that the party is not otherwise entitled to
    proceed in forma pauperis and states in writing its reasons for the certification or

28

    finding;

1

or
(B) a statute provides otherwise.

Fed. R. App. P. 24(a)(3).

> The district clerk must immediately notify the parties and the court of appeals when the district court does any of the following:
> (A) denies a motion to proceed on appeal in forma pauperis;
> (B) certifies that the appeal is not taken in good faith; or
> (C) finds that the party is not otherwise entitled to proceed in forma pauperis.

Fed. R. App. P. 24(a)(4).

Because Plaintiff is proceeding in forma pauperis in this action, Plaintiff is entitled to proceed in forma pauperis on appeal unless the Court finds his appeal is not taken in good faith or finds that he is not otherwise entitled to proceed in forma pauperis.  As set forth below, by this order the Court is making a finding that Plaintiff is entitled to proceed in forma pauperis on appeal.

Pursuant to 28 U.S.C. § 1292(a)(1), Plaintiff can appeal the Court's order on March 28, 2011, denying injunctive relief as final and appealable order. As Plaintiff's concerns stem from an injury that Plaintiff alleges results from arms that are too weak to transition him to the toilet and involves a conflict between a medical note recommending twenty-four hour access to a wheelchair yet not having a chrono from a doctor mandating a wheelchair accessible cell, Plaintiff's appeal is not frivolous and is taken in good faith.

Based on the foregoing, it is HEREBY ORDERED that:

Plaintiff's appeal is taken in good faith. 28 U.S.C. § 1915(a).  The Clerk's Office shall serve a copy of this order on the Ninth Circuit.


IT IS SO ORDERED.

**Dated:    April 22, 2011**                          **/s/ Oliver W. Wanger**
                                                      UNITED STATES DISTRICT JUDGE

2