UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILAL AHDOM,<br><br>              Plaintiff<br><br>       v.<br><br>DOCTOR ENENMOH, et al.,<br><br>              Defendants. | CASE No. 1:10-cv-00816-AWI-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, RECOMMENDING THIS ACTION BE DISMISSED, WITH PREJUDICE, FOR FAILURE TO STATE A CLAIM<br><br>(ECF No. 13) |

   Plaintiff Bilal Ahdom ("Plaintiff"), a state prisoner proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

   On May 2, 2013, the Magistrate Judge dismissed the action for failure to state a claim and gave Plaintiff leave to amend within thirty days. (ECF No. 30)  In the order filed on May 2, 2013, the Court warned Plaintiff that if he failed to file an amended complaint in compliance with the order, this action would be dismissed, with prejudice, for failure to state any claims.  On June 5, 2013, the Court granted Plaintiff thirty days to an amended complaint.  (ECF No. 32.)  Plaintiff did not file an amended complaint.  On July 26, 2013, the Magistrate Judge issued a findings and recommendation recommending this action be dismissed, with prejudice, for failure to state a claim.  (ECF No. 33.)  Plaintiff did not file any objections to the findings and recommendations.

   Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has conducted a <u>de novo</u> review of this case.  Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

///

Accordingly, it is HEREBY ORDERED that:

1. The Court adopts the findings and recommendations filed on July 26, 2013, in full;
2. This action is dismissed, with prejudice, based on Plaintiff's failure to state a claim upon which relief may be granted under section 1983;
3. This dismissal is subject to the "three-strikes" provision set forth in 28 U.S.C. § 1915(g). <u>Silva v. Vittorio</u>, 658 F.3d 1090, 1098-99 (9th Cir. 2011); and
4. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  October 3, 2013

SENIOR DISTRICT JUDGE